FILED US District Court-UT
NOV 08 '23 PM 12:09

TRINA A. HIGGINS, United States Attorney (#7349)
JAWAYRIA Z. AUCHTER, Assistant United States Attorney (IL #6313178)
MICHAEL KENNEDY, Assistant United States Attorney (#8759)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: 801.325.3238
Email: jawayria.auchter@usdoj.gov

**SEALED**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Counts 1-3: 18 U.S.C. §§ 659 and 2, Theft of Baggage from Interstate Shipment, Aiding and Abetting |
| vs. | |
| LETICIA MARIE TORRES, a.k.a. Leticia Herrera, Lizzie Maria Torres; | Count 4: 18 U.S.C. § 659, Theft of Baggage from Interstate Shipment. |
| and | Count 5: 18 U.S.C. §§ 1029(a)(5) and 2, Illegal Transactions With an Access Device |
| BRIANNA MARIE TAYLOR, a.k.a. Brianna Lucero, Brianna Mitchell, | Count 6: 18 U.S.C. §§ 1028A(a)(1) and 2, Aggravated Identity Theft |
| Defendants. | |
| Case: 2:23-cr-00410 Assigned To : Nielson, Howard C., Jr Assign. Date : 11/8/2023 | |

The Grand Jury charges:

## COUNT 1
**(Theft of Baggage from Interstate Shipment)**

On or about January 3, 2022, the District of Utah,

LETICIA MARIE TORRES,
a.k.a. Leticia Herrera, Lizzie Maria Torres; and

BRIANNA MARIE TAYLOR,
a.k.a. Brianna Lucero, Brianna Mitchell,

the Defendants herein, aided and abetted by each other and by others known and unknown, unlawfully, willfully, and knowingly, did steal and take and carry away baggage, with intent to convert to her own use, which had come into the possession of a common carrier for transportation in interstate commerce, to wit, the luggage of an unidentified individual and D.E., an individual whose full name is known to the Grand Jury, which luggage had been put in the custody of Delta Airlines/Skywest Airlines for transportation in interstate commerce and the value of which exceeded $1,000 (one-thousand dollars); all in violation of 18 U.S.C. §§ 659 and 2.

## COUNT 2
**(Theft of Baggage from Interstate Shipment)**

On or about January 11, 2022, the District of Utah,

LETICIA MARIE TORRES,
a.k.a. Leticia Herrera, Lizzie Maria Torres; and

BRIANNA MARIE TAYLOR,
a.k.a. Brianna Lucero, Brianna Mitchell,

2

the Defendants herein, aided and abetted by each other and by others known and unknown, unlawfully, willfully, and knowingly, did steal and take and carry away baggage, with intent to convert to her own use, which had come into the possession of a common carrier for transportation in interstate commerce, to wit, the luggage of L.S., J.D., N.Z., and R.R., individuals whose full names are known to the Grand Jury, which luggage had been put in the custody of United Airlines for transportation in interstate commerce and the value of which exceeded $1,000 (one-thousand dollars); all in violation of 18 U.S.C. §§ 659 and 2.

## COUNT 3
**(Theft of Baggage from Interstate Shipment)**

On or about January 13, 2022, in the District of Utah,

LETICIA MARIE TORRES,
a.k.a. Leticia Herrera, Lizzie Maria Torres; and

BRIANNA MARIE TAYLOR,
a.k.a. Brianna Lucero, Brianna Mitchell,

the Defendants herein, aided and abetted by each other and by others known and unknown, unlawfully, willfully, and knowingly, did steal and take and carry away baggage, with intent to convert to her own use, which had come into the possession of a common carrier for transportation in interstate commerce, to wit, the luggage D.C., an individual whose full name is known to the Grand Jury, which luggage had been put in the custody of Delta Airlines/Skywest Airlines for transportation in interstate commerce

3

and the value of which exceeded $1,000 (one-thousand dollars); all in violation of 18 U.S.C. §§ 659 and 2.

## COUNT 4
**(Theft of Baggage from Interstate Shipment)**

On or about January 14, 2022, in the District of Utah,

BRIANNA MARIE TAYLOR,
a.k.a. Brianna Lucero, Brianna Mitchell,

the Defendant herein, unlawfully, willfully, and knowingly, did steal and take and carry away baggage, with intent to convert to his own use, which had come into the possession of a common carrier for transportation in interstate commerce, to wit, the luggage R.G., an individual whose full name is known to the Grand Jury, which luggage had been put in the custody of Alaska Airlines for transportation in interstate commerce and the value of which exceeded $1,000 (one-thousand dollars); all in violation of 18 U.S.C. § 659.

## COUNT 5
**(Illegal Transactions With an Access Device)**

On or about January 4, 2022, in the District of Utah,

LETICIA MARIE TORRES,
a.k.a. Leticia Herrera, Lizzie Maria Torres; and

BRIANNA MARIE TAYLOR,
a.k.a. Brianna Lucero, Brianna Mitchell,

the Defendants herein, aided and abetted by each other and by others known and unknown, did knowingly and with intent to defraud, effected transactions with one or

4

more access devices issued to other persons, to wit: two credit cards issued to D.E., one ending in x4002 and one ending in x9128, and by such conduct received payment and any other thing of value, during a one-year period, the aggregate value of which is equal to or exceeded $1,000 (one-thousand dollars), said conduct affecting interstate and foreign commerce; all in violation of 18 U.S.C. §§ 1029(a)(5) and 2.

## COUNT 6
### (Aggravated Identity Theft)

On or about January 4, 2022, in the District of Utah,

**LETICIA MARIE TORRES,**
a.k.a. Leticia Herrera, Lizzie Maria Torres; and

**BRIANNA MARIE TAYLOR,**
a.k.a. Brianna Lucero, Brianna Mitchell,

the Defendants herein, aided and abetted by each other and by others known and unknown, did knowingly possess and use, without lawful, a means of identification of another person, to wit, the name of D.E. and the account numbers of two credit cards issued to D.E., one ending in x4002 and one ending in x9128, during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, a violation of 18 U.S.C. § 1029(a)(5), as alleged in Count 5, which is incorporated herein by reference, knowing that the means of identification belonged to another actual person; all in violation of 18 U.S.C. §§ 1028A(a)(1) and 2.

5

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. § 659, the defendants shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the offense.

Pursuant to 18 U.S.C. §§ 982(a)(2)(B) and 1029(c)(1)(C), upon conviction of any offense violating 18 U.S.C. §§ 1028 or 1029, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any personal property used, or intended to be used to commit the offenses.

The United States may seek a money judgment equal to the value of any property not available for forfeiture as a result of any act or omission of the defendant for one or more of the reasons listed in 21 U.S.C. § 853(p).

///

///

///

///

///

///

///

The United States may seek to forfeit substitute property as allowed by 21 U.S.C. § 853(p) (applicable under 28 U.S.C. § 2461(c) and 18 U.S.C. § 982(b)).

/s/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

JAWAYRIA Z. AUCHTER
Assistant United States Attorney